# UNITED STATES DISTRICT COURT

**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
401 W. WASHINGTON ST., STE. 130, SPC 1
PHOENIX, ARIZONA 85003-2118

July 5, 2005

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U.S. COURTHOUSE
401 W. WASHINGTON ST., STE. 130, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
JAMES A. WALSH COURTHOUSE
44 E. BROADWAY BOULEVARD, ROOM 202
TUCSON, ARIZONA 85701-1711

FILED
JUL 11 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________
DEPUTY CLERK

Re: CIV 05-1096 PHX SMM

Pursuant to the order of this court entered May 16, 2005, the above case is being transferred to your court for all further proceedings. Enclosed are the original case file, a certified copy of the transfer order and a certified copy of the docket sheet.

Please acknowledge receipt of the case, indicate your district's case number on the enclosed copy of this letter and return the copy to this office.

Sincerely,

RICHARD H. WEARE
Clerk of Court/DCE

By:
Deputy Clerk

Enclosures

cc: All counsel

---

Receipt is acknowledged of the documents described herein.

Case Number: 2:05-CV-1389 GEB KJM

______________
Deputy Clerk

X FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 21 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

WESTERN HERITAGE INSURANCE CO.,

Plaintiff,

vs.

SOVEREIGN GENERAL INSURANCE SERVICES, INC., et al.,

Defendants.

No. CIV 05-1096-PHX-SMM

**ORDER**

2:05-CV-1389 GEB KJM

Upon stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 1404, the above captioned matter shall be **TRANSFERRED** from this Court to the United States District Court for the Eastern District of California, Sacramento Division.

**IT IS FURTHER ORDERED** that pursuant to the stipulation of the parties, all pending motions in this matter are hereby **WITHDRAWN** with prejudice.

DATED this 17 day of June, 2005.

Stephen M. McNamee
Chief United States District Judge

I hereby attest and certify on 6/21/05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By ___ Deputy

(11)

STD, TERMED

2:05-CV-1389 GEB KJM

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:05-cv-01096-SMM

Western Heritage Ins v. Sovereign Gen Ins, et al
Assigned to: Judge Stephen M McNamee
Demand: $0
Cause: 28:1332 Diversity-Other Contract

Date Filed: 04/12/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Western Heritage Insurance Company**
*an Arizona corporation*

represented by **Matthew L McClellan**
Jones Skelton & Hochuli PLC
2901 N Central Ave
Ste 800
Phoenix, AZ 85012
602-263-1700
Fax: 602-200-7817
Email: mmcclellan@jshfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E Hensley**
Jones Skelton & Hochuli PLC
2901 N Central Ave
Ste 800
Phoenix, AZ 85012
602-263-1700
Fax: 602-200-7832
Email: mhensley@jshfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sovereign General Insurance Services, Inc.**
*a California corporation*

represented by **Nicholas C Guttilla**
Guttilla & Murphy PC
4150 W Northern Ave

Phoenix, AZ 85051
(623)937-2795
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin F Sullivan**
*husband*

represented by **Nicholas C Guttilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gloria Sullivan**
*wife*

represented by **Nicholas C Guttilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**
*I-X*

**Defendant**

**Jane Does**
*I-X*

**Defendant**

**ABC Corporations**
*I-X*

**Defendant**

**Black & White Partnership(s)**

**Defendant**

**Sole Proprietorship**
*I-X*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2005 | 1 | COMPLAINT FILED (ESH) (Entered: 04/14/2005) |
| 04/19/2005 | 2 | RETURN OF SERVICE EXECUTED summons/complaint upon dft Sovereign Gen Ins on 4/18/05 in Tucson (KCS) (Entered: 04/20/2005) |

| | | |
|---|---|---|
| 04/25/2005 | 3 | STANDARD CIVIL TRACK INITIAL ORDER by Judge Stephen M. McNamee (cc: all counsel) re: order filed [3-1] (MAP) (Entered: 04/25/2005) |
| 05/06/2005 | 4 | MOTION to dismiss case for improper venue, lack of subject matter jurisdiction, lack of personal jurisdiction by dft Sovereign Gen Ins, dft Martin F Sullivan, dft Gloria Sullivan [4-1] , or in the alternative to transfer of venue by dft Sovereign Gen Ins, dft Martin F Sullivan, dft Gloria Sullivan [4-2] (SRB) (Entered: 05/10/2005) |
| 05/10/2005 | 5 | NOTICE by dft Sovereign Gen Ins, dft Martin F Sullivan, dft Gloria Sullivan of filing original declaration of Gloria Sullivan. A fax copy was used as Exhibit E to dfts' motion to dismiss complaint filed 05/06/05. (KCS) (Entered: 05/11/2005) |
| 05/16/2005 | 9 | RETURN OF SERVICE EXECUTED summons/complaint upon dft Martin F Sullivan on 4/27/05 (LSP) (Entered: 06/17/2005) |
| 06/06/2005 | 6 | STIPULATION to Extend Time for Pla to Respond to dfts' Motion to dismiss case for improper venue, lack of subject matter jurisdiction, lack of personal jurisdiction by dft Sovereign Gen Ins, dft Martin F Sullivan, dft Gloria Sullivan [4-1] by pla Western Heritage Ins, and dft Sovereign Gen Ins (KMG) (Entered: 06/07/2005) |
| 06/10/2005 | 7 | ORDER by Judge Stephen M. McNamee granting stipulation to Extend Time for Pla to Respond to dfts' Motion to dismiss case for improper venue, lack of subject matter jurisdiction, lack of personal jurisdiction by dft Sovereign Gen Ins, dft Martin F Sullivan, dft Gloria Sullivan [4-1] by pla Western Heritage Ins, and dft Sovereign Gen Ins. IT IS FURTHER ORDERED that Pla shall have until 7/6/05 to file a written Response to Dfts' Motion to Dismiss with the Court. (cc: all counsel) (LSP) (Entered: 06/10/2005) |
| 06/10/2005 | 8 | STIPULATION to Withdraw Dfts Motion to dismiss [4-1] and Motion to transfer of venue by dfts [4-2] by pla Western Heritage Ins, and dfts Sovereign Gen Ins, Martin F Sullivan, Gloria Sullivan (KMG) (Entered: 06/13/2005) |
| 06/16/2005 | 10 | RETURN OF SERVICE EXECUTED summons/complaint upon dft Gloria Sullivan on 5/25/05 (LSP) (Entered: 06/17/2005) |

| | | |
|---|---|---|
| 06/21/2005 | 11 | ORDER by Judge Stephen M. McNamee granting stipulation to Withdraw Dfts Motion to dismiss [4-1] and Motion to transfer of venue by dfts [4-2] by pla Western Heritage Ins, and dfts Sovereign Gen Ins, Martin F Sullivan, Gloria Sullivan withdrawn motion to dismiss case for improper venue, lack of subject matter jurisdiction, lack of personal jurisdiction by dft Sovereign Gen Ins, dft Martin F Sullivan, dft Gloria Sullivan [4-1], granting motion to transfer of venue by dft Sovereign Gen Ins, dft Martin F Sullivan, dft Gloria Sullivan [4-2] Case transferred to Dist of: Eastern California, Sacramento Division (cc: all counsel) (LAD) (Entered: 06/21/2005) |
| 07/05/2005 | | Remark: transmittal memo, certified copy of transfer order and case file sent this date to US District Court, Eastern District of California (Sacrament) (LAD) (Entered: 07/05/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/11/2005 12:56:07 | | | |
| **PACER Login:** | us5194 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-01096-SMM |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

IN THE ARIZONA DISTRICT COURT STATE OF ARIZONA, DISTRICT OF ARIZONA

CASE NO. CV05 1096 PHX

ATLAS NO. 847814 12123

WESTERN HERITAGE
VS.
SOVEREIGN GENERAL

CERTIFICATE OF SERVICE

Hearing Date:

X FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 16 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

The undersigned certifies under penalty of perjury:
On May 11, 2005, I received:

SUMMONS & COMPLAINT;

2:05-CV-1389 GEB KJM

from E-Z MESSENGER ATTORNEY SERVICE, INC. for JONES SKELTON & HOCHULI Attorney(s) and in each instance I personally served a copy of each document listed above on those named below in the manner and at the time and place shown, hereinafter set forth, to wit:

DEFENDANT SERVED:
GLORIA SULLIVAN

ADDRESS WHERE SERVED: 1823 DORIS DRIVE

CITY/STATE/ZIP: MENLO PARK, CA

DATE SERVED: 05/25/05 TIME SERVED: 10:17 A.M.

MANNER OF SERVICE:
Indicate Defendant served by placing an 'X' in the proper box
( ) PERSONALLY, by serving the above named individual
( ) by leaving copies at the dwelling house, or usual place of abode, by delivering to and leaving a true and correct copy thereof with a person of suitable age and descretion residing therein to wit:

( ) by service upon:

( ) by service upon its STATUTORY AGENT:
( ) by service upon a CORPORATE OFFICER, NAME:
TITLE:

I certify that 'MILITARY STATUS' was checked and the defendant(s) ___ ARE X ARE NOT in the 'ACTIVE MILITARY.'
If so, what branch: ______

I certify under penalty of perjury that the forgoing is true and correct.
Executed on May 25, 2005

STEPHANIE KRIEBEL, Process Server

Service of Process ______ Advances ______ Mileage ______
Other ______ Certificate Prep ______ Total $ 10

EZS/EZ847814-03

IN THE ARIZONA DISTRICT COURT STATE OF ARIZONA, DISTRICT OF ARIZONA

CASE NO. CV05-1096 PHX S

WESTERN HERITAGE INSURANCE
VS.
SOVEREIGN GENERAL

ATLAS NO:

CERTIFICATE OF SERVICE

Hearing Date:

X FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 16 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY [signature] DEPUTY

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

The undersigned certifies under penalty of perjury:
On April 15, 2005, I received:

(2) SUMMONS TO MARTIN F. SULLIVAN SR. AND GLORIA SULLIVAN, (2) COMPLAINT, (1) EXHIBIT A-C

2:05-CV-1389 GEB KJM

from E-Z MESSENGER ATTORNEY SERVICE, INC.
for ATTORNEY GENERAL - CHILD SUPPORT ENFORCEMENT Attorney(s) and in each instance I personally served a copy of each document listed above on those named below in the manner and at the time and place shown, hereinafter set forth, to wit:

DEFENDANT SERVED:
MARTIN F. SULLIVAN, SR.

ADDRESS WHERE SERVED: 501 W. WEBER 4TH FL.

CITY/STATE/ZIP: STOCKTON, CA 95202

DATE SERVED: 04/27/05 TIME SERVED: 10:22 A.M.

MANNER OF SERVICE:
Indicate Defendant served by placing an 'X' in the proper box
(x) PERSONALLY, by serving the above named individual
( ) by leaving copies at the dwelling house, or usual place of abode, by delivering to and leaving a true and correct copy thereof with a person of suitable age and descretion residing therein to wit:

( ) by service upon:

( ) by service upon its STATUTORY AGENT:
( ) by service upon a CORPORATE OFFICER, NAME:
TITLE:

I certify that 'MILITARY STATUS' was checked and the defendant(s) ___ ARE X ARE NOT in the 'ACTIVE MILITARY.'
If so, what branch: ____________

I certify under penalty of perjury that the forgoing is true and correct.
Executed on April 27, 2005

[signature], Process Server

Service of Process ________ Advances ________ Mileage ________
Other ________ Certificate Prep ________ Total $ 9

EZS/EZ847814-01

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ARIZONA

WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,

V.

SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California corporation; MARTIN F. SULLIVAN, SR., and GLORIA SULLIVAN, husband and wife, guarantors; et al.,

**SUMMONS IN A CIVIL CASE**

CASE CV 05-1096 PHX SMM

TO: (Name and address of Defendant)

Martin F. Sullivan, Sr.
Gloria Sullivan
6777 Embarcadero Drive
Stockton, California 95219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Hensley, Esq.
JONES, SKELTON & HOCHULI, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Tel: 602-263-1775

an answer to the complaint which is served on you with this summons, within Thirty (30) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD H. WEARE

CLERK

DATE 4-13-05

(By) DEPUTY CLERK

FILED LODGED
RECEIVED COPY
JUN 10 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

Michael E. Hensley, Esq. - Bar #010915
Matthew L. McClellan, Esq., Bar #022586
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
(602) 263-1775

Attorneys for Plaintiff Western Heritage Insurance Company

2:05-CV-1389 GEB KJM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,

Plaintiff(s),

v.

SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California corporation; MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN, husband and wife; JOHN DOES and JANE DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X,

Defendant(s).

CV 05-1096-PHX-Smm

NO. CIV ~~04-1829-PHX-ROS~~

**STIPULATION TO WITHDRAW DEFENDANTS MOTION TO DISMISS AND TO TRANSFER THE CASE**

The Plaintiff Western Heritage Insurance Company and the Defendants Sovereign General Insurance Services, Inc., Martin and Gloria Sullivan, through counsel undersigned, hereby stipulate and agree that the Plaintiff's action in the above-captioned matter may be transferred from this Court to the United States District Court for the Eastern District of California, Sacramento Division, for further handling, and the parties having stipulated to transfer venue. Further, the Defendants hereby give notice of their withdrawal of their "Motion to Dismiss Complaint (1) for improper venue; (2) for lack of subject matter jurisdiction (compulsory counterclaim issue); (3) for lack of personal jurisdiction; or, in the alternative (4) transfer venue under 28 U.S.C. § 1404," with prejudice.



JONES, SKELTON & HOCHULI, P.L.C.
ATTORNEYS AT LAW
2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 263-1700

RESPECTFULLY SUBMITTED this 10th day of June, 2005.

GUTILLA & MURPHY, P.C.

By [signature]
Nicholas C. Gutilla
4150 W. Northern Avenue
Phoenix, AZ 85051
*Attorneys for Sovereign General Insurance Services, Inc. and Martin and Gloria Sullivan*

JONES, SKELTON & HOCHULI, P.L.C.

By [signature]
Michael E. Hensley
Matthew L. McClellan
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
*Attorneys for Plaintiff Western Heritage Insurance Company*

ORIGINAL filed and copy of the foregoing mailed this 10th day of June, 2005, to:

Clerk of the Court
United States District Court
District of Arizona
401 West Washington
Phoenix, AZ 85003

[signature]

*JONES, SKELTON & HOCHULI, P.L.C.*
ATTORNEYS AT LAW
2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 263-1700

X FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 1 0 2005
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

WESTERN HERITAGE INSURANCE CO.,

Plaintiff,

v.

SOVEREIGN GENERAL INSURANCE SERVICES, INC., et al.,

Defendants.

No. CV-05-1096-PHX-SMM

**ORDER**

2:05-CV-1389 GEB KJM

Having received the parties' Stipulation to Extend the Time for Plaintiff to Respond to Defendants' Motion to Dismiss [Doc. No. 6], and good cause appearing, the Court hereby grants the parties' stipulation. However, the Court notes that it has not, to date, received either Defendants' withdrawal of the Motion to Dismiss or the parties' Stipulation to Transfer Venue. The Court expects such pleadings shall be forthcoming, and requests the parties notify the Court of the pendency of these pleadings if they will not be filed by June 24, 2005.

**IT IS ORDERED** that the parties' Stipulation to Extend the Time for Plaintiff to Respond to Defendants' Motion to Dismiss [Doc. No. 6] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **5:00 p.m. on July 6, 2005** to file a written Response to Defendants' Motion to Dismiss with the Court.

DATED this 9 day of June, 2005.

Stephen M. McNamee
Chief United States District Judge



Michael E. Hensley, Esq. - Bar #010915
Matthew L. McClellan, Esq., Bar #022586
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
(602) 263-1775

Attorneys for Plaintiff Western Heritage Insurance Company

JONES, SKELTON & HOCHULI, P.L.C.
ATTORNEYS AT LAW
2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 263-1700

2:05 - CV - 1389 GEB KJM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,

Plaintiff(s),

v.

SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California corporation; MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN, husband and wife; JOHN DOES and JANE DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X,

Defendant(s).

CV 05-1096-PHX-SMM
NO. ~~CIV-04-1829-PHX-ROS~~

**STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

The Plaintiff Western Heritage Insurance Company and the Defendants Sovereign General Insurance Services, Inc., Martin and Gloria Sullivan, through counsel undersigned, hereby stipulate and agree to extend the time for the Plaintiff to Respond to the Defendants' Motion to Dismiss until July 6, 2005. The reason for the extension is to allow the Court time to review and grant Defendants' withdrawal of the Motion to Dismiss and to rule on the parties' Stipulation to Transfer the venue of this case to the United States District Court for the Eastern District of California, Sacramento Division.

6

RESPECTFULLY SUBMITTED this 6th day of June, 2005.

GUTILLA & MURPHY, P.C.

By ____________________
Nicholas C. Gutilla
4150 W. Northern Avenue
Phoenix, AZ 85051
*Attorneys for Sovereign General Insurance Services, Inc. and Martin and Gloria Sullivan*

JONES, SKELTON & HOCHULI, P.L.C.

By ____________________
Michael E. Hensley
Matthew L. McClellan
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
*Attorneys for Plaintiff Western Heritage Insurance Company*

ORIGINAL filed and copy of the foregoing mailed this 6th day of June, 2005, to:

Clerk of the Court
United States District Court
District of Arizona
401 West Washington
Phoenix, AZ 85003

____________________

*JONES, SKELTON & HOCHULI, P.L.C.*
ATTORNEYS AT LAW
2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 263-1700

FILED LODGED
RECEIVED COPY
MAY 10 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY KCS DEPUTY

**Guttilla & Murphy, PC**
**Firm No. 00133300**
**Nicholas C. Guttilla (No. 001884)**
**4150 West Northern Ave.**
**Phoenix, Arizona 85051**
**(623) 937-2795**
Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,

Plaintiff(s),

v.

SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California corporation; MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN, husband and wife, guarantors; JOHN DOES and JANE DOES I-X; ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X,

Defendants.

Cause No. CV05 1096 PHX SMM

NOTICE OF FILING ORIGINAL DECLARATION OF GLORIA SULLIVAN

(Assigned to the Honorable Stephen M. McNamee)

Defendants, by and through counsel undersigned, hereby provides notice of the filing of the original Declaration of Gloria Sullivan attached hereto. A facsimile copy of the Declaration of Gloria Sullivan was used as Exhibit "E" to Defendants' Motion to Dismiss Complaint and filed with this Court on May 6, 2005.

Respectfully submitted this 10th day of May, 2005.

GUTTILLA & MURPHY, PC

Nicholas C. Guttilla
Attorneys for the Defendants

5

Guttilla & Murphy, PC
4150 West Northern Ave
Phoenix, Arizona 85051
(623) 937-2795

ORIGINAL and one copy filed this 10th day of May, 2005:

Clerk of Court
U.S. District Court
401 West Washington
Phoenix, AZ 85003

COPIES mailed this 10th day of May, 2005, to:

Michael E. Hensley
Matthew L. McClellan
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
Attorneys for Plaintiff

Guttilla & Murphy, PC
4150 West Northern Ave
Phoenix, Arizona 85051
(623) 937-2795

0896-003(38443)

DECLARATION OF GLORIA SULLIVAN

I, Gloria Sullivan, make the following declaration:

1. I have personal knowledge of the matters set forth herein, except for those matters stated on information and belief, and as to those matters I believe them to be true and could and would testify thereto under oath if called upon as a witness.

2. I submit this Declaration in support of a Motion to Dismiss or Transfer filed on my behalf in the civil action styled *Western Heritage Insurance Company v. Sovereign General Insurance Services, Inc.*, CV '05 1096 PHX SMM in the United States District Court of Arizona.

3. I am executing this declaration on my behalf having been sued in my individual capacity as a guarantor on the General Agency Agreement between the Plaintiff, Western Heritage Insurance Company ("Western Heritage"), and the Defendant, Sovereign General Insurance Services, Inc. ("Sovereign"), dated July 10, 1995.

4. I am the Secretary/Treasurer of Sovereign and a full-time resident of California.

5. It is my understanding that the contract referenced in Paragraph 3 was negotiated and signed in California.

6. I signed the guaranty on March 25, 1997 in California as part of the General Agency Agreement that Western Heritage and Sovereign had entered on July 10, 1995 and which is the subject matter of this civil action.

7. Sovereign has sold only surplus lines policies for Western Heritage in California, and Sovereign has operated primarily as a general agent for Western Heritage in California.

8. Sovereign deposited premiums that it generated from the sales of surplus lines policies in a California bank, deducted its commissions, and then sent the net premiums to Western Heritage in Arizona. Excess commissions were calculated in Arizona by Western Heritage.

9. Neither Sovereign nor I have sold any insurance policies in Arizona and I not conducted any other business in Arizona or maintained an office in Arizona.

10. I do not own any real estate in Arizona or have a residence in Arizona.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of May, 2005.

Gloria Sullivan

Gloria Sullivan