ANTHONY J. BARRON, STATE BAR NO. 150447
KHURSHID P. KHOJA, STATE BAR NO. 233866
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Plaintiff
WESTERN HERITAGE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California Corporation; MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN, husband and wife, guarantors,<br><br>Defendants. | Case No.: 05-CV-01389GEB-KJM<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>Complaint filed: April 12, 2005<br>Case transferred: July 11, 2005 |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Plaintiff Western Heritage Insurance Company ("Western Heritage") hereby substitutes

Anthony J. Barron
Khurshid P. Khoja
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #969983 v1

-1-

SUBSTITUTION OF ATTORNEYS

as Western Heritage's attorneys of record to represent them in this action in place of Jones, Skelton & Hochuli, P.L.C..  Jones, Skelton & Hochuli hereby withdraws as counsel of record for Western Heritage.

I consent to the substitution.

Dated:  July 21, 2005                     WESTERN HERITAGE INSURANCE COMPANY

                                              By:   s/ Todd J. Miller
                                                  Todd J. Miller
                                                  Associate Counsel

I consent to the substitution.

Dated: August 2, 2005                     THELEN REID & PRIEST LLP

                                              By:   s/ Anthony J. Barron
                                                  Anthony J. Barron

                                              By:   s/ Khurshid P. Khoja
                                                  Khurshid P. Khoja

I consent to the substitution.

Dated: July 25, 2005                      JONES, SKELTON & HOCHULI, P.L.C.

                                              By:   s/ Matthew L. McClellan
                                                  Matthew L. McClellan

                                              By:   s/ Michael E. Hensley
                                                  Michael E. Hensley

**IT IS SO ORDERED.**

DATED:  August 4, 2005                    /s/ Garland E. Burrell, Jr.
                                                         GARLAND E. BURRELL, JR.
                                                         United States District Judge