ANTHONY J. BARRON, STATE BAR NO. 150447
KHURSHID P. KHOJA, STATE BAR NO. 233866
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Plaintiff
WESTERN HERITAGE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California Corporation; MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN, husband and wife, guarantors,<br><br>Defendants. | Case No.: 05-CV-01389-MCE-DAD<br><br>**ORDER GRANTING 21 DAY EXTENSION FOR FILING OF RULE 26(f) JOINT STATUS REPORT**<br><br>*Related to case: 2:05-CV-00312-MCE-DAD*<br><br>Complaint filed: April 12, 2005<br>Case transferred: July 11, 2005 |

**ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Having considered Plaintiff Western Heritage Insurance Company's ("Plaintiff") First Application For 21 Day Extension For Filing Of Rule 26(f) Joint Status Report ("Application") and the accompanying Declaration Of Khurshid P. Khoja, and for good cause appearing therein, it is hereby ordered that Plaintiff's Application is granted. Plaintiff and Defendant Sovereign General Insurance Services must submit their F.R.C.P. 26(f) Joint Status Report ("Joint Status Report") no later than September 30, 2005.

IT IS SO ORDERED.

September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #969940                                              -2-

**FIRST APPLICATION FOR 21 DAY EXTENSION FOR FILING OF RULE 26(f) JOINT STATUS REPORT; DECLARATION OF KHURSHID P. KHOJA**