1   ANTHONY J. BARRON, State Bar No. 150447
    abarron@nixonpeabody.com
2   MATTHEW A. RICHARDS, State Bar No. 233166
    mrichards@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
4   San Francisco, California 94111-3600
    Telephone: (415) 984-8200
5   Fax: (415) 984-8300

6   Attorneys for
    WESTERN HERITAGE INSURANCE COMPANY
7

8               UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
9                  (SACRAMENTO DIVISION)

10

11  SOVEREIGN GENERAL LIFE INSURANCE          Case No. 2:05-CV-00312-MCE-DAD
    SERVICES, INC., a California corporation,  (Consolidated with 2:05-CV-01389-MCE-DAD)

12                          Plaintiff,         **SUGGESTION OF DEATH OF JOSEPH A.
                                               LUGHES; STIPULATION TO WAIVE
13          vs.                                SUBSTITUTION OF DECEDENT'S
                                               SUCCESSOR OR REPRESENTATIVE;
14  SCOTTSDALE INSURANCE COMPANY, an           ORDER REMOVING JOSEPH A. LUGHES
    Ohio corporation; NATIONAL CASUALTY        FROM CONSOLIDATED CASES**
15  COMPANY, a Wisconsin corporation;
    SCOTTSDALE INDEMNITY COMPANY, an           [Fed. R. Civ. P. 25(a)]
16  Ohio corporation; WESTERN HERITAGE
    INSURANCE COMPANY, and Arizona
17  corporation; R. MAX WILLIAMSON an
    individual; JOSEPH A. LUGHES, an individual,
18
                            Defendants.
19

20  WESTERN HERITAGE INSURANCE               Case No. 2:05-CV-01389-MCE-DAD
    COMPANY, an Arizona corporation,          (Consolidated with 2:05-CV-00312-MCE-DAD)
21
                            Plaintiff,
22
    vs.
23
    SOVEREIGN GENERAL LIFE INSURANCE
24  SERVICES, INC., a California corporation;
    MARTIN F. SULLIVAN, SR. and GLORIA
25  SULLIVAN, husband and wife, guarantors,

26                          Defendants.

27

28

1

**SUGGESTION OF DEATH OF JOSEPH A. LUGHES**

2

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

3

Western Heritage Insurance Company ("Western Heritage"), plaintiff in *Western Heritage*

4

*Ins. Co. v. Sovereign Gen'l Ins. Servs., Inc.* (E.D. Cal. Civil Case No. 2:05-CV-01389-MCE-DAD)

5

("*Western Heritage*"), by and through its counsel of record, suggests on the record pursuant to

6

Federal Rule of Civil Procedures 25(a)(1) the death of Joseph A. Lughes, its former President and co-

7

defendant in the lead case in this consolidated action, *Sovereign Gen'l Ins. Servs., Inc. v. Scottsdale*

8

*Ins. Co.* (E.D. Cal. Civil Case No. 2:05-CV-00312-MCE-DAD) ("*Sovereign General*"), during the

9

pendency of this action, on or about November 23, 2007.

10

Counsel for Western Heritage was informed of Mr. Lughes death shortly before the Western

11

Heritage jury trial began, on September 22, 2008.  On February 20, 2007, all claims against

12

Mr. Lughes in this consolidated action were dismissed pursuant to this Court's Memorandum and

13

Order granting summary judgment in favor of Scottsdale Insurance Company, National Casualty

14

Company, Scottsdale Indemnity Company, Western Heritage Insurance Company, R. Max

15

Williamson, and Joseph A. Lughes as to each and every claim in Sovereign General Insurance

16

Services, Inc.'s ("Sovereign") operative complaint in *Sovereign General*, and as to each and every

17

counterclaim in Sovereign and Martin F. Sullivan, Sr. and Gloria Sullivan's (collectively, "the

18

Sullivans") operative counterclaim in *Western Heritage*.

19

Respectfully submitted,

20

Dated:  December 16, 2008

NIXON PEABODY LLP

21

22

23

By      /s/ Anthony J. Barron
        Anthony J. Barron

24

        Attorneys for WESTERN HERITAGE
        INSURANCE COMPANY

25

26

27

28

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1

**STIPULATION TO WAIVE SUBSTITUTION OF**

2

**DECEDENT'S SUCCESSOR OR REPRESENTATIVE**

3      Pursuant to Federal Rule of Civil Procedure 25(a), if a party dies during the pendency of an

4  action and the claim is not extinguished, the Court may order substitution of the proper party.  A

5  motion for substitution may be made by any party within 90 days after service of a statement noting

6  the death.

7      IT IS HEREBY STIPULATED and agreed to by the remaining parties in these consolidated

8  cases, by and through their counsel of record, having received notice of the death of Joseph A.

9  Lughes, that they do not intend to move, and will not move, to substitute in as a party any successor

10  or representative of Joseph A. Lughes, and that any such substitution is WAIVED;

11      IT IS HEREBY STIPULATED and agreed to by the remaining parties in these consolidated

12  cases, by and through their counsel of record, that the 90-day period within which to file a motion for

13  substitution with respect to Joseph A. Lughes is WAIVED;

14      IT IS HEREBY STIPULATED and agreed to by the remaining parties in these consolidated

15  cases, by and through their counsel of record, that Joseph A. Lughes should be removed as a party

16  from these consolidated cases for any and all purposes.  The parties hereby request that this Court

17  enter an Order removing Mr. Lughes for these consolidated cases.

18      IT IS SO STIPULATED.

19

20  Dated:  December 16, 2008

                                AGUILAR LAW OFFICES

21

22

23                              By      /s/ Raul V. Aguilar
                                        Raul V. Aguilar

24                                      Attorneys for SOVEREIGN GENERAL
                                        INSURANCE SERVICES, INC.

25

26

27

28

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated:  December 16, 2008

2                                                    LAW OFFICES OF DOMINIC FLAMIANO

3                                                    By      /s/ Dominic G. Flamiano
                                                             Dominic G. Flamiano
4
                                                             Attorneys for MARTIN F. SULLIVAN, SR. and
5                                                            GLORIA SULLIVAN

6   Dated:  December 16, 2008

7                                                    NIXON PEABODY LLP

8                                                    By      /s/ Anthony J. Barron
                                                             Anthony J. Barron
9
                                                             Attorneys for SCOTTSDALE INSURANCE
10                                                           COMPANY; NATIONAL CASUALTY
                                                             COMPANY; SCOTTSDALE INDEMNITY
11                                                           COMPANY; WESTERN HERITAGE
                                                             INSURANCE COMPANY; and R. MAX
12                                                           WILLIAMSON

13

14                                          **ORDER**

15          THE COURT, having duly considered the Suggestion of Death of Joseph A. Lughes

16   submitted by Western Heritage Insurance Company pursuant to Federal Rule of Civil Procedure

17   25(a), and the Stipulation to Waive Substitution of Decedent's Successor or Representative submitted

18   by all remaining parties to the above-captioned consolidated action, hereby ORDERS as follows:

19          The death of Joseph A. Lughes has been duly noted on the record;

20          The remaining parties to this consolidated action have stipulated to and do waive their right to

21   move to substitute in any successor or representative of Joseph A. Lughes;

22          Therefore, for good cause showing, IT IS ORDERED that Joseph A. Lughes is removed from

23   these consolidated cases for any and all purposes.

24          IT IS SO ORDERED.

25   DATED: December 17, 2008

26

27          MORRISON C. ENGLAND, JR
             UNITED STATES DISTRICT JUDGE
28
                                          -3-

PDF created with pdfFactory trial version www.pdffactory.com